U.S. District Court

Eastern District of Louisiana
500 Poydras Street
C-151
New Orleans, LA 70130

**11-1808**

**SECT. I  MAG. 1**

Civil

_____ (file number)

**C. C. Thomas**
Plaintiff

v.

**NLNS**
Defendant

New Leaders For New Schools

**MOTION**

Your Honor,

Due to my change of state of residence to Florida, I respectfully request that this petition and filing be transferred from the State of Louisiana to the State of Florida.

Most Respectfully,

*C C Thomas*
C. C. Thomas
Plaintiff

TENDERED FOR FILING

JUL 25 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk